IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT E. BANKS                                          PLAINTIFF

VS.                             CIVIL ACTION NO.  5:05cv189-DCB-MTP

VALLEY SERVICES, INC., et al                       DEFENDANT

## ORDER

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court , finds that claims against defendants Valley Services, Inc. and Chris Rogers  should be dismissed with prejudice. Plaintiff's claims against the defendant Sheriff James T. Williams remain pending, and the court directs that service of process issue as to defendant Williams so the remaining claims may be addressed.

IT IS, THEREFORE, ORDERED that  defendants Valley Services, Inc. and Chris Rogers' Motion for Summary Judgment **[Docket Entry 25]** is GRANTED  and claims against defendants Valley Services, Inc. and Chris Rogers are dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court issue service of process as to

defendant Sheriff James T. Williams.

       SO ORDERED this the   20th   day of      June     , 2007.

                                               s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE